**\*\* E-filed June 6, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY PASKAL, | No. C07-05447 HRL |
| Plaintiffs,<br>v. | **ORDER RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL** |
| INDALEX, INC.; ET AL., | **[Re: Docket No. 20]** |
| Defendants. | |

Plaintiff Terry Paskal moves to file under seal and/or expunge from the record certain previously filed exhibits that contain sensitive personal information. Dkt. No. 20. While plaintiff styles his request as one to seal the relevant documents, he requests that they be removed from the record entirely, i.e., expunged. Having considered plaintiff's motion to file under seal, and good cause appearing, IT IS ORDERED THAT the Clerk shall expunge the following documents or portions of documents from the public docket: (1) Exhibit B (Part 2) to the Kearnaghan Declaration in support of Defendants' Opposition to Motion to Remand (Dkt. No. 12, Exh. 5); and (2) the Kennedy Declaration in support of the Notice of Removal and Exhibits 4 and 5 thereto (Dkt. No, 1, pp. 6-7; Dkt. No. 1, Exh. 1, pp. 18-42).

Plaintiff also moves to seal the administrative motion to seal all documents filed in support of that motion ("Motion to seal the motion to seal"). Plaintiff also seeks to file the motion to seal the motion to seal under seal, and requests that the court seal a letter plaintiff's counsel recently mailed to the court, which was filed on the docket as Dkt. No. 19. The court concludes that most of these

1   documents do not warrant a sealing order, but that two of them do. Accordingly, the following
2   documents shall be filed under seal: (1) the Declaration of David Imai in support of Administrative
3   Motion to Seal, and Exhibits A-E thereto; and (2) the Declaration of David Imai in support of the
4   Administrative Motion to File Administrative Motion to Seal Under Seal.
5       Plaintiff shall e-file unsealed, unredacted versions of the remaining papers, including both
6   motions to seal, within seven calendar days from the date of this order.
7   **IT IS SO ORDERED.**
8   Dated: June 6, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05447 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| David Imai | davidimai@sbcglobal.net |
| Jason Kearnaghan | jkearnaghan@sheppardmullin.com |
| Kevin Rivera | krivera@sheppardmullin.com |
| Tracey Kennedy | tkennedy@sheppardmullin.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**