**\*\* E-filed June 7, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY PASKAL,<br><br>        Plaintiffs,<br>v.<br>INDALEX, INC.; ET AL.,<br><br>        Defendants.<br>_____/ | No. C07-05447 HRL<br><br>**AMENDED ORDER RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL**<br><br>**[Re: Docket No. 20]** |

On June 6, 2012, this court entered an order regarding the sealing and expunction of certain documents from the public docket. That order is now amended as follows:

(1) **No later than June 13, 2012**, defendants shall publically e-file a copy of the Notice of Removal (Dkt. No. 1) which has been **redacted** to exclude the following pages: pp. 6-7 (Declaration of Tracey Kennedy), and Exh. 1 pp. 18-42 (Exhibits 4 and 5 to the Kennedy Declaration);

(2) The Clerk shall expunge the existing Docket No. 1 from the docket; and

(3) The Clerk shall expunge Docket No. 12, Exh. 5 ("Exhibit B (Part 2)" of the Kearnaghan Declaration in support of Defendants' Opposition to Motion to Remand) in its entirety.

The remainder of the June 6 Order shall remain in effect as written.

**IT IS SO ORDERED.**

Dated: June 7, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C07-05447 HRL** **Notice will be electronically mailed to:**

| | |
|---|---|
| David Imai | davidimai@sbcglobal.net |
| Jason Kearnaghan | jkearnaghan@sheppardmullin.com |
| Kevin Rivera | krivera@sheppardmullin.com |
| Tracey Kennedy | tkennedy@sheppardmullin.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**